From the desk of:
Guy Santostefano
231 Windward Court
Port Jefferson, NY
631.331.9824

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 16 2016 ★

LONG ISLAND OFFICE

Re: CV-16-03427 (JMA)( AKT)
Guy Santostefano vs. Middle Country Central School District et. al.
Hand delivered this day, Friday September 16, 2016

District Clerk of Court:

This correspondence respectfully requests an **Administrative Stay** of this matter due to the pending appeal in my NY State Court matter, that being Index #16-600777 **Guy Santostefano vs. Middle Country Central School District et al**.

The current matter pending in federal court is based upon my perceived disability and that I was forced to execute a resignation agreement due to allegations against me which were discriminatory.

The pending State matter was dismissed on or about 9/2/16 and my notice of appeal was filed on 9/15/16.

Pursuant to the agreement, I was not permitted any actions whatsoever up until the time I executed the agreement. That is why I commenced an action in State court to hold the agreement null and void.

As my time period to file with the Federal court was to be exhausted pending the State determination, I timely filed my pro-se complaint on 6/23/16.

There will be no prejudice in your consideration of administratively staying this matter as, pursuant to your order, the defendants have to be served by 9/21/16.

Your Honor's consideration is appreciated.

Sincerely,

[signature]

Guy Santostefano
9/16/16

**RECEIVED**

SEP 19 2016

EDNY PRO SE OFFICE