From the desk of:
Guy Santostefano
231 Windward Court
Port Jefferson, NY
631.331.9824

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ NOV 21 2016 ★

LONG ISLAND OFFICE

Nov. 17, 2016

Re: CV-16-03427 (JMA)( AKT)
Guy Santostefano vs. Middle Country Central School District et. al.

District Clerk of Court:

This correspondence shall serve as an official ***notice of voluntary dismissal*** of this matter which was filed pro se and which was stayed pending the outcome of a separate matter filed in NYS court. Kindly ***discontinue with prejudice*** this matter (CV-16-03427).

Your attention to this request is appreciated. Kindly send confirmation to my address:

Guy Santostefano
231 Windward Court
Port Jefferson, NY

Or to my email address:

Gsanto2006@optonline.net

Sincerely,

Guy Santostefano            11-17-16

RECEIVED

2016

EDNY PRO SE OFFICE

231 Windward Ct
Port Jefferson, NY 11777

Clerk of U.S. District Court EDNY
100 Federal Plaza
Central Islip, NY 11722

Attn: Ofc. of Pro se matters

11722-443800